# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| BONNIE M. WILSON, | : Case No. 3:16-cv-81 |
| Plaintiff, | : District Judge Thomas M. Rose |
| | : Chief Magistrate Judge Sharon L. Ovington |
| vs. | : |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 15, 2016 (Doc. #12) is ADOPTED in full;

2. The Commissioner's non-disability finding be vacated;

3. No finding be made as to whether Plaintiff Bonnie M. Wilson was under a "disability" within the meaning of the Social Security Act;

4. This matter be **REMANDED** to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry; and

5. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  December 6, 2016                                           *s/Thomas M. Rose*
                                                                                                        Thomas M. Rose
                                                                                                        United States District Judge